IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| FRANCES CLEMMONS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:12-cv-00073 |
| ) | Judge Varlan |
| EXEDY AMERICA CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Come now Plaintiff Frances Clemmons and Defendant EXEDY America Corporation pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, and stipulate that this action is hereby dismissed, with prejudice, in its entirety. Each of the parties will pay their own costs and attorneys' fees.

Respectfully submitted this 22nd day of October, 2013.

**APPROVED FOR ENTRY:**

BURKHALTER, RAYSON & ASSOCIATES

*s/Ronald A. Rayson*
Ronald A. Rayson, BPR #013393

P.O. Box 2777
Knoxville, Tennessee 37901
(865) 524-4974
*Attorneys for Plaintiff*

WOOLF, MCCLANE, BRIGHT
  ALLEN & CARPENTER, PLLC

*s/J. Chadwick Hatmaker*
J. Chadwick Hatmaker, BPR # 018693

900 S. Gay Street
Knoxville, TN 37901-0900
(865) 215-1000
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 22, 2013, a copy of the foregoing Stipulation of Voluntary Dismissal with Prejudice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

      s/*J. Chadwick Hatmaker, Esq.*
*J. Chadwick Hatmaker*, Esq., BPR 018693

WOOLF, McCLANE, BRIGHT,
  ALLEN & CARPENTER, PLLC
Post Office Box 900
Knoxville, Tennessee 37901-0900
(865) 215-1000

2